**403 - 4th Floor Courtroom, 9:00 A.M.**                             **Wednesday, January 25, 2023**

**Bush, Larsen, Mathis**

**20-4342   Weatherford U.S., L.P. v. U.S. Department of Labor, ARB**
**21-3017   Estate of Daniel A. Ayres v. U.S. Department of Labor, ARB**
**21-3282   Weatherford U.S., L.P. v. U.S. Department of Labor, ARB**

Weatherford U.S., L.P.                               ret   Donald G. Slezak
                                                           *Arguing 1st – 7 Min Arg / 3 Min Reb*
   **Petitioner [20-4342 / 21-3282] / Intervenor [21-3017]**

Estate of Daniel A. Ayres, by Kimberly Ayres, Administrator   ret   Martin Stuart Hume
                                                           *Arguing 2nd – 8 Min Arg / 2 Min Reb*
   **Petitioner [21-3017] / Intervenor [20-4342 / 21-3282]**

**V.**

U.S. Department of Labor, Administrative Review Board   gvt   Linda Hong Hanh Wiles

   **Respondent**



Ryan Orme, Courtroom Deputy

In these consolidated cases, Weatherford U.S., L.P. (No. 20-4342) and the Estate of Daniel A. Ayres (No. 21-3017) petition for review of a Department of Labor Administrative Review Board (ARB) decision and order affirming an administrative law judge's conclusion that Weatherford violated the Surface Transportation Assistance Act of 1982 and ordering Weatherford to provide back pay, damages, and attorney fees and costs to the Estate; and Weatherford (No. 21-3282) petitions for review of the ARB's subsequent order awarding attorney fees to the Estate.   (10 Minutes for Weatherford; 10 Minutes for Estate of Daniel Ayers; 10 Minutes for Respondent)